# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DEBORAH EDWARDS, DECEASED.

No. 69836

CARL DEAN EDWARDS,
                    Appellant,
          vs.
UNKNOWN
                    Respondent.

FILED

MAR 1 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
     DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying a motion to transport an inmate and denying a petition for letters of administration to issue. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be prematurely filed under NRAP 4(a) because it appears that it was filed before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

SUPREME COURT
OF
NEVADA

(O) 1947A

16-07879

cc:    Hon. Gloria Sturman, District Judge
Carl Dean Edwards
Eighth District Court Clerk